# United States District Court 

EASTERN DISTRICT OF VIRGINIA

Ellen R. Dunston,   JUDGMENT IN A CIVIL CASE

        Plaintiff,

  v.   CASE NUMBER: 1:09cv1369-TSE

Cecil Huang, and
Loudoun Anesthesia Associates, L.L.C.

        Defendants.

[ X ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendants, Cecil Huang and Loudoun Anesthesia Associates, L.L.C., against the Plaintiff, Ellen R. Dunston.

    This Judgment is entered in accordance with the Jury Verdict dated June 7, 2010.

June 7, 2010   Fernando Galindo
Date   Clerk of Court

                                                     (By) Deputy Clerk